No. D–774.   In re Disbarment of Gunderman.   Disbarment entered.   [For earlier order herein, see 489 U. S. 1075.]

No. D–789.   In re Disbarment of Guinan.   It is ordered that Michael Joseph Guinan, of Oxford, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–1979.   Chesapeake & Ohio Railway Co. v. Schwalb et al.; and
No. 88–127.   Norfolk & Western Railway Co. v. Goode. Sup. Ct. Va.   [Certiorari granted, 489 U. S. 1009.]   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–1319.   Commissioner of Internal Revenue v. Indianapolis Power & Light Co.   C. A. 7th Cir.   [Certiorari granted, *ante*, p. 1033.]   Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 88–6546.   Duro v. Reina, Chief of Police, Salt River Department of Public Safety, Salt River Pima-Maricopa Indian Community, et al.   C. A. 9th Cir.   [Certiorari granted, *ante*, p. 1034.]   Motion for appointment of counsel granted, and it is ordered that John J. Trebon, Esq., of Flagstaff, Ariz., be appointed to serve as counsel for petitioner in this case.

No. 88–6677.   Butler v. McKellar, Warden, et al.   C. A. 4th Cir.   [Certiorari granted, *ante*, p. 1045.]   Motion for appointment of counsel granted, and it is ordered that John H. Blume, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 88–6732.   Lashley et ux. v. First National Bank of Live Oak.   C. A. 11th Cir.   Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1033] denied.

No. 88–7002.   In re Geurin.   Petition for writ of mandamus denied.

No. 88–1598.   In re Hooker.   Petition for writ of mandamus and/or prohibition denied.